UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LES G. HEGEL,<br><br>       Plaintiff,<br><br>   v.<br><br>LINDA S. McMAHON,<br>Commissioner of Social Security,<br><br>       Defendant. | NO.  CV-06-135-CI<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is GRANTED; Plaintiff's Motion for Summary Judgment is DENIED. Judgment is entered for Defendant.

DATED this   2nd  day of   February, 2007.

                               JAMES R. LARSEN
                               District Court Executive/Clerk


                      by:   s/Linda Emerson
                            Linda Emerson,  Deputy Clerk

JUDGMENT IN A CIVIL CASE